133 A.3d 290

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Hubert MICHAEL, Respondent.**

**No. 78 EM 2015.**

Supreme Court of Pennsylvania.

March 7, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of March, 2016, the Application for Leave to File a Reply is **GRANTED,** and the Petition for Extraordinary Relief Pursuant to King's Bench Jurisdiction is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.